UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA LINER,<br><br>                    Plaintiff,<br><br>         -against-<br><br>GARY P. JENKINS, HRA Commissioner, et al.,<br><br>                    Defendants. | 1:22-CV-3448 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By orders dated May 16, 2022, the Court directed Plaintiff to, within 30 days, submit a completed and signed declaration, and either pay the $402 fees to bring this action or submit a completed and signed *in forma pauperis* ("IFP") application. (ECF 2 & 3.) On June 24, 2022, Plaintiff, who appears *pro se*, filed a declaration, as well as a request for an extension of time to pay the fees to bring this action. (ECF 4.) The Court grants Plaintiff's request for an extension of time.

  The Court directs Plaintiff to either pay the $402 in fees to bring this action, or submit a completed and signed IFP application, within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the Court will dismiss this action. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United*

*States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 27, 2022
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge